## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER B. WADE** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-01187(CKK) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### ENTRY OF APPEARANCE OF ATTORNEY LESLIE DEAK

I, Leslie Deak, hereby provide notice that I am entering my appearance as counsel on behalf of Plaintiff Christopher B. Wade in the above captioned case.  My address is Law Offices of Leslie Deak, 1200 G Street, N.W., Suite 800, No. 099, Washington, D.C.  20005.  My telephone number is (512) 322-3911; my facsimile number is (512) 322-3910.  I can also be reached on my cellular telephone, (703) 338-3394, or via my electronic mail address, deaklaw@comcast.net.

Respectfully Submitted,

/s/    Ted J. Williams
_____
Ted J. Williams [414758]
Law Offices of Ted J. Williams
1200 G Street, N.W.
Suite 800
Washington, D.C.  20005
Tel.:   (202) 434-8744
Fax:   (202) 347-3378

/s/   Leslie Deak
_____
Leslie Deak [PA0009]
Law Offices of Leslie Deak
1200 G Street, N.W.
Suite 800, No. 099
Washington, D.C.  20005
Tel.:   (512) 322-3911
Fax:   (512) 322-3910


ATTORNEYS FOR PLAINTIFF WADE